# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0575
_____

FRANCISCO JOSE BACA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

December 20, 2023

PER CURIAM.

AFFIRMED. *See State v. McKenzie*, 331 So. 3d 666 (Fla. 2021); *Miller v. State*, 112 So. 3d 142 (Fla. 1st DCA 2013).

B.L. THOMAS, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Francisco Jose Baca, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.